AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| CEDAE HARDY, LANDRELL JORDAN III, and MALIK NORMAN | ) Case No. 23-CR-296 (RJL) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  MALIK NORMAN,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

- Conspiracy to Commit Carjacking, in violation of 18 U.S.C. § 371
- Carjacking, in violation of 18 U.S.C. § 2119
- Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii), 2
- Interstate Transportation of a Stolen Vehicle, in violation of 18 U.S.C. § 2312
- Sale or Receipt of a Stolen Vehicle, in violation of 18 U.S.C. § 2313

Date:   12/07/2023                                    2023.12.07 15:45:58 -05'00'
                                                     *Issuing officer's signature*

City and state:   Washington, D.C.          HON. ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
                                                     *Printed name and title*

### Return

This warrant was received on *(date)* 12/7/23, and the person was arrested on *(date)* 12/8/23
at *(city and state)* WASHINGTON D.C.

Date: 12/8/23

                                                     *Arresting officer's signature*

                                                     SPECIAL AGENT CHRIS BUTOVEC
                                                     *Printed name and title*